# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*December 28, 2023*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
December 5, 2023
Lyle W. Cayce
Clerk

No. 22-20652

JOHN DOE 1, *on behalf of themselves and a Class of all other similarly situated John and or Jane Doe employees of Harris County*; JOHN DOE 2, *on behalf of themselves and a Class of all other similarly situated John and or Jane Doe employees of Harris County*,

*Plaintiffs—Appellants,*

*versus*

HARRIS COUNTY, TEXAS; LINA HIDALGO, *County Judge*; RODNEY ELLIS, *Precinct 1 Commissioner*; ADRIAN GARCIA, *Precinct 2 Commissioner*; JACK CAGLE, *Precinct 4, Commissioner*; TOM S. RAMSEY, *Precinct 3, Commissioner*; EDWARD GONZALEZ, *Harris County Sheriff*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3036

---

Before JONES, BARKSDALE, and ELROD, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

No. 22-20652

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Dec 28, 2023**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 28, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20652    Doe 1 v. Harris County
                            USDC No. 4:21-CV-3036

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:    Mr. David James Batton
        Mr. James Carroll Butt
        Mr. Jonathan Gabriel Chaim Fombonne
        Mrs. Robin McIlhenny Foster
        Mr. Seth Barrett Hopkins