# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*December 28, 2023*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
December 5, 2023
Lyle W. Cayce
Clerk

No. 22-20652

JOHN DOE 1, *on behalf of themselves and a Class of all other similarly situated John and or Jane Doe employees of Harris County*; JOHN DOE 2, *on behalf of themselves and a Class of all other similarly situated John and or Jane Doe employees of Harris County*,

*Plaintiffs—Appellants*,

*versus*

HARRIS COUNTY, TEXAS; LINA HIDALGO, *County Judge*; RODNEY ELLIS, *Precinct 1 Commissioner*; ADRIAN GARCIA, *Precinct 2 Commissioner*; JACK CAGLE, *Precinct 4, Commissioner*; TOM S. RAMSEY, *Precinct 3, Commissioner*; EDWARD GONZALEZ, *Harris County Sheriff*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3036

No. 22-20652

Before JONES, BARKSDALE, and ELROD, *Circuit Judges*.

PER CURIAM:*

The court has carefully considered this appeal in light of the briefs, the comprehensive district court opinion, and pertinent portions of the record. Having done so, we find no reversible error of law or fact. The district court's judgment is AFFIRMED for essentially the same reasons articulated by that court.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.